IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON OH

| | |
|---|---|
| DRAKE A EDWARDS | CASE 3:12-CV-00338 |
| PLAINTIFF, | Judge WALTER H. RICE |
| | MAGISTRATE Michael MERZ |
| VS. | |
| ED SLATER, ET AL | |
| DEFENDANTS | |

## MOTION TO RECUSE

NOW COMES THE ABOVE NAMED, DRAKE A EDWARDS and MOVES TO RECUSE JUDGE WALTER H. RICE, MAGISTRATE MICHAEL MERZ FROM THE ABOVE ENTITLED MATTER UNDER 28 USCS SEC, 455 and MARSHALL V JERRICO INC, 446 US 238, 242, 100 S. CT 1610, 64 L, Ed. 2d 182 (1980)

" The neutrality requirement helps to guarantee that life, liberty, or property will not be taken on the basis of an erroneous or distorted conception of the facts or the law"

The Above is applicable to this court by application of Article VI of the United States Constitution and STONE V POWELL, 428 US 465, 483 N 35, 96 S. CT 3037, 49 L. Ed 2d 1067 (1976).

[Filed stamp: 2012 DEC 21 PM 3:14, U.S. DISTRICT COURT SOUTHERN DIST. OHIO WESTERN DIV DAYTON, FILED JOHN P. HEHMAN CLERK]

"STATE COURTS, LIKE FEDERAL COURTS, HAVE A CONSTITUTIONAL OBLIGATION TO SAFEGUARD PERSONAL LIBERTIES.. AND TO UPHOLD FEDERAL LAW".

Also see RI Supreme Court Article VI and Canos 1, 2, and 3. 18 6

The UNITED STATES CONSTITUTION guarantees an UNBIASED Judge who will always provide litigants with full protection of All Rights.

Therefore petitioner respectfully demands said Judge recuse themselves in light of the evidence attached as Exhibit 7 detailing prior unethical and/or illegal conduct or conduct which gives petitioner good reason to believe the ABOVE Judge cannot hear the ABOVE CASE IN A FAIR and IMPARTIAL MANNER.

Respectfully Submitted

_____ PRO-S/