IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DRAKE A. EDWARDS,

    Plaintiff,

-vs-

ED SLATER, et al.,

    Defendants.

Case No. 3:12-cv-338

District Judge Walter Herbert Rice
Magistrate Judge Michael R. Merz

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 11), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on December 27, 2012, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that the Complaint herein be dismissed without prejudice for failure to state a claim upon which relief can be granted.

December 28, 2012.

                                                  Walter Herbert Rice
                                                United States District Judge